UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 15, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KYLE TRAVIS COLTON,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00157-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KYLE TRAVIS COLTON</u> Case No. <u>2:23-mj-00157-DB</u> Charges <u>18 USC § 231(a)</u> from custody for the following reasons:

　　　<u>　X　</u>　Release on Personal Recognizance

　　　_____　Bail Posted in the Sum of $ _____

　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　_____　Appearance Bond with 10% Deposit

　　　　　_____　Appearance Bond with Surety

　　　　　_____　Corporate Surety Bail Bond

　　<u>　X　</u>　(Other): <u>Released forthwith with terms as stated on the record. Defendant is to report to Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 12/18/2023.</u>

Issued at Sacramento, California on December 15, 2023 at 2:50 PM

Dated: December 15, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE